**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02337-CMA

DONNA KAYE FREIDENBERGER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Reversing and Remanding ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on May 26, 2015, it is

    ORDERED that the ALJ's denial of social security disability benefits is REVERSED. It is

    FURTHER ORDERED that this case is REMANDED to the Commissioner, who is directed to conduct the procedures proscribed in 20 C.F.R. § 404.1520a for determining whether Plaintiff has a severe mental impairment. After doing so, the ALJ is also ORDERED to reassess the disability determination.  It is

    FURTHER ORDERED that Plaintiff shall have her costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and

pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 27th day of May, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk