IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:14-v-02337-CMA

DONNA KAYE FREIDENBERGER,

Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

Defendant.

# ORDER GRANTING STIPULATED FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

The parties' stipulation regarding attorney fees under the Equal Access to Justice Act, submitted on July 20, 2015 (Doc. #24), is APPROVED as an Order of the Court.  In consideration thereof, it is

ORDERED that the Defendant shall pay to the Plaintiff reasonable attorney fees in the amount of $6,750.00. As stipulated, the EAJA award is without prejudice to Plaintiff's attorney's right to seek fees under section 206(b) of the Social Security Act, 42 U.S.C. §406(b) subject to EAJA's offset provisions. *See* 28 U.S.C. §2412(c)(1) (2006).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this

action. This award shall not be used as precedent in any future cases, nor be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

The EAJA fees shall be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED:  April 18, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge